UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

- v. -

Jeffery Mckiver,

            Defendant.

**APPLICATION**

**Docket No. 15 Cr. 545 (SAS)**

---

      Drew Johnson-Skinner, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1. I am an Assistant United States Attorney in the United States Attorney's Office for the Southern District of New York and am responsible for the prosecution of this matter. I respectfully submit this Application pursuant to the All Writs Act, Title 28, United States Code, Section 1651, for an order to unseal any grand jury evidence, including subpoenas, grand jury testimony transcripts, and any other materials, relating to the arrest of JEFFERY MCKIVER, the defendant, on or about August 22, 2014 (Arrest Number M14674676), and to obtain all documents maintained by the Office of the District Attorney for New York County relating to the aforementioned arrest of MCKIVER.

      2. A New York County grand jury indicted JEFFERY MCKIVER, the defendant, on narcotics and weapons charges in connection with his arrest on August 22, 2014.

      3. A federal grand jury sitting in this District indicted JEFFERY MCKIVER, the defendant, on narcotics charges in connection with his arrest on August 22, 2014 on or about August 13, 2015.

4. The files maintained by the New York County District Attorney's Office, including any grand jury evidence, are relevant to the Government's prosecution of JEFFERY MCKIVER, the defendant.

5. Accordingly, I respectfully submit this Application for an order to unseal the files maintained by the Office of the District Attorney for New York County relating to the arrest on August 22, 2014, of JEFFERY MCKIVER, to the extent they are sealed, and any grand jury evidence, including subpoenas, grand jury testimony transcripts, and any other materials relating to the arrests. This request is being made, among other reasons, so that the United States Attorney's Office can obtain materials relevant to its ongoing prosecution, and, so the Government can produce any appropriate statements or evidence and comply with its obligations pursuant to the Federal Rules of Evidence, the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500, as well as *Brady* v. *Maryland*, 373 U.S. 83 (1963), *Giglio* v. *United States*, 405 U.S. 150 (1972), and their progeny.

WHEREFORE, it is respectfully requested that the Court grant this Application for an Order unsealing the New York County grand jury evidence, including subpoenas, grand jury testimony transcripts, and any other materials relating to the arrest of JEFFERY MCKIVER on August 22, 2014, and to permit the United States Attorney's Office to review any such materials.

Drew Johnson-Skinner
Assistant United States Attorney
212-637-1587

Dated:  New York, New York
        October 21, 2015

2