UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>- v. -<br><br>Jeffery Mckiver,<br><br>Defendant. | ORDER<br><br>Docket No. 15 Cr. 545 (SAS) |

Upon the annexed Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Drew Johnson-Skinner, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the grand jury evidence listed below, to permit the United States Attorney's Office to review any such grand jury evidence and any other materials contained in the files maintained by the Office of the District Attorney for New York County,

IT IS HEREBY ORDERED:

That materials relating to the arrest of JEFFERY MCKIVER, the defendant, on or about August 22, 2014 (Arrest Number M14674676), and any grand jury evidence, including subpoenas, grand jury testimony transcripts, and any other materials, be unsealed, and that the United States Attorney's Office be permitted to review the contents of any such evidence and the files maintained by the Office of the District Attorney for New York County.

Dated:   New York, New York
         October ___, 2015

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK