**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                      Government,

         -against-

JEFFREY MCKIVER,
                      Defendant.
------------------------------------------------------------X

               15 CR. 545 (RMB)

               **ORDER**

       The Court will hold a telephone status conference on Thursday, July 30, 2020 at 9:00

AM.

       Participants, members of the public and the press can use the following dial-in

information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0545


Dated: June 18, 2020
      New York, NY

                                      *Richard M. Berman*
                                _____
                                  RICHARD M. BERMAN
                                  U.S.D.J.