**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                        15 CR. 545 (RMB)

  -against-

                                                       **ORDER**

JEFFREY MCKIVER,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Thursday, July 30, 2020 at 9:00 AM is hereby rescheduled to Thursday, September 3, 2020 at 9:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0545

Dated: July 22, 2020
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                         U.S.D.J.